# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donald Andre Barkley,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          3:02-cv-69-3

J.C. Wilson, Supt. Of Odom Correctional Inst.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/24/05 Order.

**Signed: August 25, 2005**

Frank G. Johns, Clerk
United States District Court